IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LCrx, LLC (d/b/a Alpha Direct Compounding), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| EXPRESS SCRIPTS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF ALPHA DIRECT COMPOUNDING'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, Alpha Direct Compounding, by and through counsel and pursuant to Rule 65 of the Federal Rules of Civil Procedure, hereby moves this Court for a Temporary Restraining Order and Preliminary Injunction based upon the facts set forth in Plaintiff's Complaint filed concurrently herewith, the accompanying Declaration of Loren Laprade Howard, and the Memorandum in Support of this Application, attached hereto and made a part hereof.

Respectfully submitted,

HERZOG CREBS LLP

By: */s/ James D. Maschhoff*
James D. Maschhoff    #41821MO
100 North Broadway, 14th Floor
St. Louis, Missouri  63102
(314) 231-6700
(314) 231-4656 – facsimile
jdm@herogcrebs.com

Christian M. Auty *(Pro Hac Vice Pending)*
ROETZEL & ANDRESS, LPA
20 South Clark Street, Suite 300
Chicago, Illinois 60603
(312) 580-1200
Attorneys for Plaintiff, LCrx, LLC
(d/b/a Alpha Direct Compounding)